■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY BRYANT, Appellant. [710 NYS2d 890] —Judgment, Supreme Court, New York County (Laura Visitacion-Lewis, J.),

rendered April 15, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree (two counts), and sentencing him, as a second felony offender, to three concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490). Issues of credibility and identification were properly presented to the jury and we find no reason to disturb its determination. Concur—Nardelli, J. P., Ellerin, Lerner, Buckley and Friedman, JJ.